IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL S. MANCINA, M.D. &
ASSOCIATES, P.A.,

       Plaintiff,                         MISC S- 07-0100 MCE GGH

   vs.

MICHAEL A. HACKARD, et al.,

       Defendants/Third Party Plaintiffs,

   vs.

TODD LINDLEY and
LINDLEY & ASSOCIATES,

       Third Party Defendants.            ORDER
_____/

       Previously pending on this court's law and motion calendar for November 1, 2007, was defendant Holt's motion to extend duration of the deposition of non-party witness David Smith beyond seven hours. Attorney David Zarka specially appeared for defendant Holt. Counsel Jack Vetter appeared by telephone for non-party David Smith and filed a response. Third party defendant Todd Lindley also appeared by telephone. Counsel for plaintiff made no appearance.

\\\\\

\\\\\

1

1   For the reasons stated at hearing, IT IS ORDERED that:

2   1. On or before November 13, 2007, the parties shall file a copy of a stipulated order to extend discovery in the Missouri case, or file evidence indicating that a motion for extension of discovery has been filed in the Western District of Missouri. The court will then determine whether further argument is necessary before ruling on the motion.

6   2. The Clerk of the Court is directed to serve Jack Vetter, counsel for non-party David Smith, with this order.

DATED: 11/5/07                    /s/ Gregory G. Hollows

                                  _____
                                  GREGORY G. HOLLOWS
                                  U. S. MAGISTRATE JUDGE

GGH:076:Mancina0100.dep.wpd